NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

MAY 23 2019

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.    18-50292 |
| Plaintiff-Appellee, | D.C. No. 2:17-cr-00755-PSG-1 |
| v. | |
| EFRAIN CARDENAS ALCARAS, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Central District of California
Philip S. Gutierrez, District Judge, Presiding

Submitted May 21, 2019**

Before:  THOMAS, Chief Judge, FRIEDLAND and BENNETT, Circuit Judges.

Efrain Cardenas Alcaras appeals from the district court's judgment and

challenges his guilty-plea conviction and 151-month sentence for conspiracy to

distribute and to possess with intent to distribute cocaine, in violation of 21 U.S.C.

§ 846.  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Cardenas Alcaras's

---

          *     This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

          **    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Cardenas Alcaras the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Cardenas Alcaras waived his right to appeal his conviction, with the exception of an appeal based on a claim that his plea was involuntary. He also waived the right to appeal his sentence, provided the court imposed a total term of imprisonment of 151 months and 5 years of supervised release. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief as to the voluntariness of Cardenas Alcaras's plea. We therefore affirm as to that issue and dismiss the remainder of the appeal of the conviction and sentence in light of the valid appeal waiver. *See United States v. Watson*, 582 F.3d 974, 988 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED in part; DISMISSED in part.**